# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2024

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Janelle Thomas**
      **24-MAG-3415 (UA)**

Dear Duty Magistrate:

Janelle Thomas, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel to the Eastern and Middle Districts of Pennsylvania on October 12, 2024 for a church retreat. If granted permission, Ms. Thomas would be traveling to Pennsylvania from New York and returning the same day.

Undersigned counsel has conferred with both pretrial services and the government about this request. Neither the government nor pretrial services has any objection to Ms. Thomas' request to travel. Accordingly, Ms. Thomas asks the Court to grant her request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

---

The travel request is GRANTED. Janelle Thomas may travel to the Eastern and Middle Districts of Pennsylvania on October 12, 2024.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 1, 2024
         New York, New York